JOHN JUBA, SR., as Administrator, etc., of JOHN JUBA, JR., Deceased, Appellant, v. HOMER S. RAMSDELL, MARY POWELL SCOTT and ROY P. CURTIS, as Substituted Trustees of the Estate of HOMER RAMSDELL, Deceased, Respondents.— Plaintiff's intestate, while attempting to climb upon the front of a dock on defendants' premises, fell and sustained injuries resulting in his death. Judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HELEN KELLY, as Administratrix, etc., of JAMES J. KELLY, Deceased, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of the INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Action for wrongful death as a consequence of plaintiff's decedent being run over by a subway train of the defendant while it was entering a subway station. Judgment for the plaintiff unanimously affirmed, with costs. (Kelly v. Murray, 257 App. Div. 863.) Lazansky, P. J., Carswell, Johnston and Close, JJ., concur; Adel, J., concurs solely on the authority of the case cited.

KRAUSHAAR BROS. & CO., INC., Respondent, v. VILLAGE OF LAWRENCE, ROBERT L. HAMILL, Mayor, CECIL B. RUSKAY, BOUGHTON COBB, EDWIN D. LEVINSON and WILLIAM J. KUPPER, Appellants.— Order restraining pendente lite the Village of Lawrence and its board of trustees from enforcing the collection of taxes at a rate in excess of $0.87 per $100 affirmed, with ten dollars costs and disbursements. There should be an immediate trial of this action. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.